ENT JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARTHUR VAN SWAIT,<br><br>      Petitioner,<br><br>   v.<br><br>M.S. EVANS,<br><br>      Respondent. | ) Case No. CV 08-04478 ABC (AN)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

*Audrey B. Collins*

DATED:  August 27, 2008

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

ENTERED – SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 28 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY